IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * | |
| --- | --- | --- |
| | * | |
| v. | * | CRIMINAL NO. PX-18-492 |
| | * | |
| KENNETH PATRICK GAUGHAN, | * | |
| | * | |
| Defendant | * | |
| | * | |

*******

**<u>DEFENDANT'S ADDITIONAL PROPOSED</u>**
**<u>JURY INSTRUCTION REGARDING VENUE</u>**

# DEFENSE JURY INSTRUCTION NO. 44
(Venue)

*In the event the Court denies the Defendant's motions for judgment of acquittal, the defense objects to Government Jury Instruction 43 (Venue) and requests that the following venue instruction be given instead.*

*The bracketed italicized language is <u>not</u> requested and would be objected to if given in whole or in part. It is included to indicate its logical position in the text in the event the Court determines, over the defense's objection, that any part of it applies.*

On each count, in addition to the other elements of the offense, the government must prove the additional element of venue within the District of Maryland. The District of Maryland consists of the State of Maryland.

In order to establish venue, the government must prove that the mail matter charged in that count [*was placed in a post office or authorized depository for mail matter in the District of Maryland,*] [*passed through the District of Maryland while in the mail,*] [*or*] was delivered in the District of Maryland. If you find that the government has failed to prove that this occurred, then you must acquit on that count.

*(If the "was placed…" language in the prior paragraph is given over defense objection, the defense requests that the following clarifying language also be given, but does not withdraw its objection)*: [*"Post office" means a post office operated by the United States Postal Service. "Authorized depository for mail matter" means a letterbox or other receptacle on any mail route, which is used or intended for use by a U.S. Postal Service employee to deliver or receive mail. "Placed in a post office or authorized depository" refers to the <u>first</u> post office or authorized depository in which a piece of mail is placed. It does not refer to any other post office or depository that a piece of mail passes through.*]

Unlike the other elements of the offense, this is a fact that the government has to prove by a preponderance of the evidence. This means that the government has to convince you that it is

more likely true than not true that it occurred.  If the evidence appears to be equally balanced, or you cannot say upon which side it weighs heavier, you must resolve this question against the government, and you must acquit on that count.

All other elements of the offenses must be proved beyond a reasonable doubt.

Sources: Sand, <u>Modern Jury Federal Instructions</u>, No. 3-11(modified); No. 4-5 (modified); *see generally* authorities cited in the defense's Motion for Judgement of Acquittal, ECF No. 66.

Respectfully submitted,

JAMES WYDA
Federal Public Defender


_____/s/_____
DOUGLAS R. MILLER (Bar # 18309)
MEGHAN G. MICHAEL (Bar #811137)
Assistant Federal Public Defenders
6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770-4510
Phone: (301) 344-0600
Fax: (301) 344-0019
Email: douglas_miller@fd.org
       meghan_michael@fd.org